# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*
**United States Postal Service Parcels:**
**SUBJECT PARCEL #1:** One (1) USPS Priority Express Mail parcel bearing USPS tracking number ER 252 625 064 US;
**SUBJECT PARCEL #2:** One (1) USPS Priority Express Mail parcel bearing USPS tracking number EI 697 257 140 US;
**SUBJECT PARCEL #3:** One (1) USPS Priority Express Mail parcel bearing USPS tracking number EI 115 146 441 US;
**SUBJECT PARCEL #4:** One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5118 0514 5223 0960 49;

**SEARCH WARRANT**

Case Number: 25- 8426 MB

TO: Michael Kaminski and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Michael Kaminski, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCELS: See Attachment A, attached and incorporated by reference herein,**

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___8-27-25_____(Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

___8-13-25  9:38 Am_____     at     Phoenix, Arizona
Date and Time Issued                          City and State

HONORABLE JOHN Z. BOYLE
UNITED STATES MAGISTRATE JUDGE                ___JBn_____
Name and Title of Judicial Officer            Signature of Judicial Officer

## ATTACHMENT A

PARCELS TO BE SEARCHED

The following United States Postal Service ("USPS") parcels seized from the mail stream on August 11, 2025, that currently in the custody of the United States Postal Inspection Service in Phoenix, Arizona:

a.    **SUBJECT PARCEL #1**: One (1) USPS Priority Express Mail parcel bearing USPS tracking number ER 252 625 064 US, addressed to "7213 Woodiron dr, apt 7213, Duluth, GA 30097", with a return address of "Micah Smith, 440 W. Fifth St, Tempe, AZ 85281". It is a USPS Priority Mail white cardboard box measuring approximately 12.25" x 12" x 6", weighing approximately 1 pound, 13 ounces, postmarked August 11, 2025, and bearing $62.05 in postage.

b.    **SUBJECT PARCEL #2**: One (1) USPS Priority Express Mail parcel bearing USPS tracking number EI 697 257 140 US, addressed to "Cynthia Olivares, 3120 Pebble Beach Dr., Apt 3, Conway, AR 72034", with a return address of "Olivares, 700 N. 1st St., Avondale, AZ 85323". It is a USPS Priority Mail white cardboard box measuring approximately 12.25" x 12" x 6", weighing approximately 7 pounds, postmarked August 11, 2025, and bearing $99.55 in postage.

c.    **SUBJECT PARCEL #3**: One (1) USPS Priority Express Mail parcel bearing USPS tracking number EI 115 146 441 US, addressed to "Mary Flanagan, 2618 S Eighth St, Minneapolis, MN, 55454", with a return address of "Monique Versa, 2836 W. Glenrosa Ave., Phoenix, AZ 85017". It is a brown cardboard box measuring approximately 8" x 8" x 8", weighing approximately 1 pound, 5 ounces postmarked August 11, 2025, and bearing $58.60 in postage.

d.    **SUBJECT PARCEL #4**: One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5118 0514 5223 0960 49, addressed to "Oyuky Estefany Moreno, 3612 Banks CU, Southaven, MS 38672", with a return

9

address of "Laura Compos M, 6818 W State Ave, Glendale, AZ 85303 ". It is a USPS Priority Mail brown cardboard box measuring approximately 8" x 8" x 8", weighing approximately 4 pounds, 1.7 ounces, postmarked August 11, 2025, and bearing $24.00 in postage.

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| **Case No.:**<br>25-8426MB | **Date and time warrant executed:**<br>08/13/2025  01:50PM - 02:30PM | **Copy of warrant and inventory left with:**<br>USPS |
| **Inventory made in the presence of:**<br>PI Shepard, PI Garcia, TFO Haynes, T. Baham | | **USPS Tracking Number:**<br>See Below |

**Inventory of the property taken and name of any person(s) seized:**

SUBJECT PARCEL #1: Express parcel, plastic bag, and 299.6 grams of marijuana

SUBJECT PARCEL #2: 33.3 grams of Marijuana in form of vape cartridge

SUBJECT PARCEL #3: Express parcel, plastic bags, tape, approximately 105.1 grams white power that field tested positive for Fentanyl.

SUBJECT PARCEL #4:  Nothing was seized.  Return to mail stream.

**Certification**

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/13/2025

_____
*Executing officer's signature*

Michael Kaminski, U.S. Postal Inspector
*Printed name and title*